United States District Court
Middle District of Florida
Jacksonville Division

AMANJEET SINGH,

      Petitioner,

v.                              No. 3:26-CV-953-WWB-LLL

WARDEN FLORIDA BAKER CORRECTIONAL
INSTITUTE, ET AL.,

      Respondents.

_____

## Order

1.     The Court **denies** Gurpreet Kaur's Motion for Admission Pro Hac Vice, doc. 2. Within the past thirty days, Mr. Kaur has filed four other motions to appear pro hac vice in this Court. *See* Case Nos. Case Nos. 3:26-cv-756-JEP-SJH; 3:26-cv-761-JEP-MCR; 3:26-cv-762-WWB-SJH; 3:26-cv-763-WWB-SJH. And, on April 13, 2026, the Court cautioned Mr. Kaur that "future requests by movant to appear pro hac vice may not be considered favorably if movant is deemed to have engaged in a general practice of law in Florida precluding special admission." *See* Order, doc. 6, Case No. 3:26-cv-763-WWB-SJH. Mr. Kaur's current request fails to acknowledge the Court's warning and, likely of more import, fails to list those other four cases, violating Local Rule 2.01(c)(4), Middle District of Florida Local Rules. As such, to proceed in this case, Gurpreet Kaur must obtain membership in the Middle District.

2.     The Clerk is **directed** to terminate Gurpreet Kaur as counsel of record.

3.     The Clerk is **directed** to terminate Petitioner's Emergency Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, doc. 3. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record . . . or a party personally if the party is unrepresented.").

**Ordered** in Jacksonville, Florida on April 23, 2026.

 /s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
Gurpreet Kaur, Esquire
Christian Michael Pressman, Esquire

2